JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS J. CULPEPPER, ESQ., <br> Petitioner <br> v. <br> RICHARD BIDDLE, et al., <br> Respondents. | Case No. CV 18-8826-JFW (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Case Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: November 1, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE